UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 15-225 |
| v. | |
| JOHN EDWARD STEVENS | ENHANCED PENALTY INFORMATION |

Pursuant to Title 18, United States Code, Section 3559(c)(4), and Title 21, United States Code, Section 851(a), the United States Attorney for the District of New Jersey charges:

1. That on or about March 5, 1990, defendant JOHN EDWARD STEVENS was convicted in the United States District Court for the Central District of California (Indictment 90-00040), of a serious violent felony, namely, armed bank robbery, in violation of Title 18, United States Code, Section 2113(d), based upon his guilty plea to that serious violent felony.

2. That the aforementioned conviction became final prior to the participation of defendant JOHN EDWARD STEVENS in the commission of the offenses alleged in the instant Indictment.

3. That on or about March 5, 1990, defendant JOHN EDWARD STEVENS was convicted in the United States District Court for the Central District of California (Indictment 90-00060), of two serious violent felonies, namely, two counts of armed bank robbery, in violation of Title 18, United States Code, Section 2113(d), based upon his guilty plea to those serious violent felonies.

4.	That the aforementioned convictions became final prior to the participation of defendant JOHN EDWARD STEVENS in the commission of the offenses alleged in the instant Indictment.

5.	That on or about March 5, 1990, defendant JOHN EDWARD STEVENS was convicted in the United States District Court for the Central District of California (Indictment 90-00094), of two serious violent felonies, namely, armed bank robbery, in violation of Title 18, United States Code, Section 2113(d), and conspiracy to commit armed bank robbery, contrary to Title 18, United States Code, Section 2113(d), in violation of Title 18, United States Code, Section 371, based upon his guilty plea to those serious violent felonies.

6.	That the aforementioned convictions became final prior to the participation of defendant JOHN EDWARD STEVENS in the commission of the offenses alleged in the instant Indictment.

7.	That on or about August 30, 1989, defendant JOHN EDWARD STEVENS was convicted in the United States District Court for the Central District of California (Indictment 89-00063), of three serious violent felonies, namely, two counts of armed bank robbery, in violation of Title 18, United States Code, Section 2113(d), and one count of carrying a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c), based upon a jury verdict of guilty after trial of those serious violent felonies.

8. That the aforementioned convictions became final prior to the participation of defendant JOHN EDWARD STEVENS in the commission of the offenses alleged in the instant Indictment.

9. That on or about May 18, 1989, defendant JOHN EDWARD STEVENS was convicted in the United States District Court for the Southern District of Ohio (Indictment 89-00022), of a serious violent felony, namely, armed bank robbery, in violation of Title 18, United States Code, Section 2113(d), based upon his guilty plea to that serious violent felony.

10. That the aforementioned conviction became final prior to the participation of defendant JOHN EDWARD STEVENS in the commission of the offenses alleged in the instant Indictment.

11. That, by virtue of the foregoing, defendant JOHN EDWARD STEVENS has been convicted on separate prior occasions in a court of the United States of two or more serious violent felonies, and is therefore subject to enhanced penalties pursuant to the provisions of Title 18, United States Code, Section 3559(c)(1).

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney